### JOSHUA v. BREITHAUPT et al.

#### (Supreme Court, Appellate Term. December 7, 1904.)

1. LANDLORD—DEFECTIVE PREMISES—LIABILITY.

> A landlord is not liable for injuries to a tenant of a part of a building for injuries from a defective staircase in the building, without proof that he had notice of such condition, or that the unsafe condition had existed for such a length of time as to charge him with notice.

Appeal from Municipal Court, Borough of Manhattan, Tenth District.

Action by Clara R. Joshua against William Breithaupt and another. From a judgment for plaintiff, defendants appeal. Reversed.

Argued before FREEDMAN, P. J., and BISCHOFF and GILDERSLEEVE, JJ.

Nadal & Carrere (William D. Stiger, of counsel), for appellants.

PER CURIAM. Plaintiff sued to recover damages for personal injuries received by her in tripping upon an alleged defective covering or material on a staircase in defendants' building. Plaintiff had lived upon the fourth floor of the house for about two years. There was no testimony given tending to show that the defendants ever had notice of the defective condition of the covering or material which it is alleged was the cause of plaintiff's fall, nor was the unsafe condition shown to have existed for such a length of time as to charge defendants with notice of its defect, if any there was.

¶ 1. See Landlord and Tenant, vol. 32, Cent. Dig. §§ 633, 641.

This is necessary to be shown before plaintiff can recover. Boss v. Jarmulowsky, 81 App. Div. 577, 81 N. Y. Supp. 400.

Judgment reversed. New trial ordered, with costs to the appellants to abide the event.